UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE)<br>PRODUCTS LIABILITY<br>LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG MAGISTRATE<br>JUDGE BRUCE REINHART |
| _____ / | |
| THIS DOCUMENT RELATES TO:<br><br>GUILLERMO ANTONIO SERRANO | JURY TRIAL DEMANDED |

### SHORT-FORM COMPLAINT

The Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff files this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by and through his undersigned counsel, alleges as follows:

### I. PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF**

1. Plaintiff, GUILLERMO ANTONIO SERRANO, ("Plaintiff"), brings this action on behalf of himself.

2. Injured Party is currently a resident and citizen of Tampa, Hillsborough County, Florida, and claims damages as set forth below.

**B. DEFENDANTS**

3. Plaintiff names the following Defendants from the Master Personal Injury Complaint in this action:

   a. **BRAND MANUFACTURERS:**

   **Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim Corporation; Boehringer Ingelheim USA Corporation; Boehringer Ingelheim International GmbH; Boehringer Ingelheim Promeco S.A.de C.V.; GlaxoSmithKline, LLC; GlaxoSmithKline (America), Inc.; GlaxoSmithKline, PLC; Pfizer, Inc.; Sanofi-Aventis U.S. LLC; Sanofi US Services, Inc.; Sanofi S.A.; Patheon Manufacturing Services, LLC**

   b. **GENERIC MANUFACTURERS:**

   **Methapharm, Inc.; Acic Pharmaceuticals, Inc.; Ajanta Pharma USA, Inc.; Ajanta Pharma, Ltd.; Amerisource Health Services, LLC d/b/a American Health Packaging; AmerisourceBergen Corporation; Amneal Pharmaceuticals, LLC; Amneal Pharmaceuticals of New York, LLC; Amneal Pharmeceuticals, Inc.; ANDA Repository, LLC; Ani Pharmaceuticals, Inc.; Apotex Corporation; Apotex, Inc.; Appco Pharma, LLC; Auro Health, LLC; Aurobindo Pharma USA, Inc.; Aurobindo Pharma, Ltd; Contract Pharmacal Corp.; Dr. Reddy's Laboratories, Inc.; Dr. Reddy's Laboratories, Ltd.; Dr. Reddy's Laboratories SA; Geri-Care Pharmaceuticals, Corp.; Glenmark Pharmaceuticals, Inc., USA; Glenmark Generics Ltd.; Glenmark Pharmaceuticals, Ltd.; Granules USA, Inc.; Granules India, Ltd.; Heritage Pharma Labs Inc.; Heritage Pharmaceuticals, Inc.; Emcure Pharmaceuticals Ltd.; Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp.; Hikma Pharmaceuticals International, Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd.; Hi-Tech Pharmacal Co., Inc.; Unique Pharmaceutical Laboratories, Ltd.; J B Chemicals and Pharmaceuticals Ltd.; Lannett Co., Inc.; Mylan Pharmaceuticals, Inc., Mylan Institutional LLC; Mylan Laboratories, Ltd.; Mylan, Inc.; Nostrum Laboratories, Inc.; Novitium Pharma LLC; PAI Holdings, LLC f/k/a Pharmaceuticals Associates, Inc.; Par Pharmaceutical Inc.; L. Perrigo Co.; Perrigo Company; Perrigo Research & Development Company; Perrigo Company, plc; Sandoz Inc.; Strides Pharma, Inc., Strides Pharma Global Pte. Ltd.; Strides Pharma Science Ltd.; Taro Pharmaceuticals U.S.A., Inc.; Ranbaxy Inc.; Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceutical Inc.; Sun Pharmaceutical Industries Ltd.; Taro Pharmaceutical Industries Ltd.; Actavis Mid Atlantic LLC; Teva Pharmaceuticals U.S.A., Inc.; Watson Laboratories, Inc.; Teva Pharmaceuticals Industries Ltd.;**

      Torrent Pharma Inc.; VKT Pharma Inc.; VKT Pharma Private Ltd.; Wockhardt USA LLC; Wockhardt USA, Inc.; Wockhardt, Ltd.; Zydus Pharmaceuticals (USA) Inc.; Cadila Healthcare Ltd.; Zydus-Cadila

c.  **DISTRIBUTORS:**

      AmerisourceBergen Corporation; Cardinal Health, Inc.; Chattem, Inc.; McKesson Corporation

d.  **RETAILERS:**

      Albertson's Companies, Inc.; Safeway, Inc.; Amazon.com, Inc.; BJ's Wholesale Club Holdings, Inc.; Costco Wholesale Corporation; CVS Pharmacy, Inc.; Dolgencorp, LLC, Family Dollar, Inc.; Dollar Tree Stores, Inc.; Express Scripts, Inc.; Giant Eagle, Inc.; H-E-B LP f/k/a HEB Grocery Company; Humana Pharmacy Solutions, Inc.; Hy-Vee, Inc.; Kaiser Permanente International; Kmart Corporation; The Kroger Co.; Smith's Food and Drug Center; Fred Meyer Stores, Inc.; The Medicine Shoppe International, Inc., Price Chopper Operating Co.; Publix Supermarkets, Inc.; Rite Aid Corporation; Shop-Rite Supermarkets, Inc.; Wakefern Food Corporation; OptumRx, Inc.; Vitamin Shoppe Industries, LLC f/k/a Vitamin Shoppe Industries, Inc.; Walgreen Co.; Duane Reade, Inc.; Walgreens Boot Alliance, Inc.; Walmart Inc. f/k/a Wal-Mart Stores, Inc.; Sam's West, Inc.; Winn Dixie Stores, Inc.; Southeastern Grocers, Inc. f/k/a Southeastern Grocers, LLC;

e.  **REPACKAGERS:**

      Denton Pharma Inc. d/b/a Northwind Pharmaceuticals; Golden State Medical Supply, Inc.; Precision Dose Inc.

f.  **Others Not Named in the MPIC:**

      Plaintiff, GUILLERMO ANTONIO SERRANO, reserves the right to amend this Complaint should Plaintiff become aware of the identity of additional defendants who may be responsible.

## C. JURISDICTION AND VENUE

4. Identify the Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 (direct filing):

   United States District Court for the Middle District of Florida, Tampa Division.

5. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

6. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   ☑ By prescription

   ☑ Over the counter

7. The Injured Party used Zantac and/or generic ranitidine from approximately December of 1986 to December of 2019.

## III. PHYSICAL INJURY

8. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer:

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☑ | PROSTATE CANCER | 04/01/2020 |

| | | |
|---|---|---|
| ☐ | STOMACH CANCER | |

| | | |
|---|---|---|
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

9. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

### IV. CAUSES OF ACTION ASSERTED

10. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☑ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☑ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☑ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☑ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☑ | V | NEGLIGENT PRODUCT DESIGN |
| ☑ | VI | NEGLIGENT MANUFACTURING |
| ☑ | VII | GENERAL NEGLIGENCE |
| ☑ | VIII | NEGLIGENT MISREPRESENTATION |
| ☑ | IX | BREACH OF EXPRESS WARRANTIES |

| | | |
|---|---|---|
| ✓ | X | BREACH OF IMPLIED WARRANTIES |
| ✓ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ✓ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s): No additional causes of action are known at this time.

## V.   JURY DEMAND

11.   Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, GUILLERMO ANTONIO SERRANO has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

_____
MICHAEL A. SERRANO, ESQUIRE
Florida Bar No.: 527221
mike@serranomcguire.com
MOLLI G. MCGUIRE, ESQUIRE
Florida Bar No.: 122183
molli@serranomcguire.com
Serrano | McGuire
25275 Wesley Chapel Boulevard
Lutz, Florida 33559
(813) 929-4231
(813) 948-1905 Fax
Attorneys for Plaintiff